No. 01–7358. HILL v. SPARKMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7359. SPIVEY v. STERNES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–7361. DeSANTIS v. FARMER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7362. CLEMENTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7363. CASSERLY v. COATES, JUDGE, SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7364. CLAUDE ET UX. v. SMOLA ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–7365. CLARK v. MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7366. COPLEY v. STATE AUTOMOBILE MUTUAL PROPERTY & CASUALTY INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7368. CAMPBELL v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–7370. TIBBETTS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–7371. TINKER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7372. FINLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7373. HILLIARD v. MOODY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7374. HURD v. MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.